EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | 2023 TSPR 58 |
| Aprobación de Cambio de Estatus Inactivo de marzo de 2023 | 211 DPR ___ |

Número del Caso:  EM-2023-0004

Fecha:  28 de abril de 2023

Materia:  Aprobación de Cambio de Estatus Inactivo de marzo de 2023.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de            EM-2023-0004
marzo de 2023

RESOLUCIÓN

En San Juan, Puerto Rico, a  28 de abril 2023.

Durante el mes de marzo de 2023, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

| | |
|---|---|
| 1,836 | Santiago Burgos, Andrés |
| 3,644 | Agosto Vélez, José A. |
| 4,163 | Torres Cartagena, Hector M |
| 4,607 | Fortuño Ruiz, Amelia |
| 5,151 | Del Moral Colón, Ivonne |
| 6,029 | Armstrong Cortada, Luis A. |
| 6,921 | González Lugo, José R. |
| 7,070 | Rodríguez Hernández, Benjamín F. |
| 7,778 | Rodriguez Orozco, Gladys |
| 8,024 | Torres Vázquez, Géigel M. |
| 8,071 | Daumont Crespo, Mariano |
| 8,867 | Rivera Acevedo, Víctor |
| 9,587 | Silva Efre, Carmen R. |
| 9,931 | Franceschi Agosto, Miriam |
| 11,715 | Rivera Matos, Gisela |
| 18,376 | Sutter Ramírez, Alessandra M. |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo